FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

99 OCT 18 AM 9: 56

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| MARY L. HARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 97-C-1831-E |
| | ) | |
| CLEBURNE COUNTY BOARD OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED

OCT 18 1999

## MEMORANDUM OF OPINION

The court has considered *de novo* the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 41), the Defendants' objections (doc. 42), and the plaintiff's objections and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendations of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted to the extent that the plaintiff asserts a claim under the Equal Pay Act and claims of discrimination premised on the settlement of her prior lawsuit and denied to the extent that the plaintiff presents claims of race and gender discrimination for acts occurring after the settlement of the prior suit and to the extent she advances a claim of retaliation. An appropriate order will be entered.

DONE, this 15th day of October, 1999.

U. W. CLEMON
UNITED STATES DISTRICT JUDGE

44